# EXHIBIT A



**KENTUCKY COURT OF JUSTICE**

**20-CI-001585**

## BE WELL PROVIDERS, LLC VS. ANTHEM BLUE CROSS BLUE SHIELD

**JEFFERSON CIRCUIT COURT**
Filed on **02/28/2020** as **CONTRACT** with **HON. ANN BAILEY SMITH**

**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 20-CI-001585 |
|---|---|
| RE-ALLOTED TO DIV 3 | |

### Parties — 20-CI-001585

**ANTHEM BLUE CROSS BLUE SHIELD** as **DEFENDANT / RESPONDENT**

*Memo*
Defendant's full name is: Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross Blue Shield Registered Agent of Service exists.

*Summons*
**CIVIL SUMMONS** issued on **02/28/2020** served on **03/10/2020** by way of **CERTIFIED MAIL**
GREEN CARD SIGN BY LATONYA WASHINGTON BUT NOT DATED

**BE WELL PROVIDERS, LLC** as **PLAINTIFF / PETITIONER**

**EARL, TREVOR LYNN** as **ATTORNEY FOR PLAINTIFF**

*Address*
MCBRAYER PLLC
500 WEST JEFFERSON STREET, SUITE 2400
LOUISVILLE KY 40202

**HARRISON, MILES R.** as **ATTORNEY FOR DEFENDANT**

*Address*
FROST BROWN TODD LLC
400 W. MARKET STREET, 32ND FL.
LOUISVILLE KY 40202

**SKOLNICK, CORY** as **ATTORNEY FOR DEFENDANT**

*Address*
FROST BROWN TODD LLC
400 WEST MARKET STREET
LOUISVILLE KY 40202

**C T CORPORATION** as **REGISTERED AGENT OF SERVICE**

*Memo*
Related party is ANTHEM BLUE CROSS BLUE SHIELD

*Address*
ATTN: REGISTERED AGENT
306 W. MAIN STREET, SUITE 512
FRANKFORT KY 40601

### Documents — 20-CI-001585

**COMPLAINT / PETITION** filed on **02/28/2020**

**ORDER - OTHER** entered on **03/05/2020**
ORDER OF REALLOTMENT CASE 20CI01 426 IS RE-ALLOTTED TO DIV 13CASE 20CI1585 RE-ALLOTTED TO DIV 3

**ENTRY OF APPEARANCE** filed on **03/16/2020**
Cory J. Skolnick (# 92258)Miles R. Harrison (# 95567)FROST BROWN TODD LLC400 West Market Street, 32nd FloorLouisville, KY 40202-3363(502) 589-5400(502) 589-1087 (facsimile)

**TENDERED DOCUMENT** filed on **03/18/2020**
AGREED ORDER, order tender

**ORDER FOR EXTENSION OF TIME** entered on **03/26/2020**

| Images | 20-CI-001585 |
|---|---|
| **COMPLAINT / PETITION** filed on **02/28/2020** *Page(s): 11* | |
| **SUMMONS** filed on **02/28/2020** *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **02/28/2020** *Page(s): 1* | |
| **ENTRY OF APPEARANCE** filed on **03/16/2020** *Page(s): 2* | |
| **TENDERED DOCUMENT** filed on **03/18/2020** *Page(s): 2* | |

**\*\*\*\* End of Case Number : 20-CI-001585 \*\*\*\***

Filed 20-CI-001585 02/28/2020 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/03/2020 09:39:30 AM
82852

**ELECTRONICALLY FILED**
COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION _____
CASE NO. 20-CI-_____

BE WELL PROVIDERS, LLC, f/k/a
EATING ANXIETY THERAPY CLINIC, LLC
d/b/a BEHAVIORAL WELLNESS CLINIC AND
LOUISVILLE CENTER FOR EATING DISORDERS          PLAINTIFF

v.                    **COMPLAINT**

ANTHEM HEALTH PLANS OF
KENTUCKY, INC. d/b/a ANTHEM
BLUE CROSS BLUE SHIELD          DEFENDANT

    Serve:    C T Corporation System (serve via certified mail)
                 Attn: Registered Agent
                 306 W Main Street, Suite 512
                 Frankfort, Kentucky 40601

** ** ** ** **

Comes the Plaintiff, Be Well Providers, LLC, f/k/a Eating Anxiety Therapy Clinic, LLC, d/b/a Behavioral Wellness Clinic and Louisville Center for Eating Disorders ("BWP"), by and through counsel and for its Complaint against the Defendant, Anthem Health Plans of Kentucky, Inc., d/b/a Blue Cross Blue Shield ("Anthem"), herein states as follows:

**PARTIES**

1.    Plaintiff, BWP is a Kentucky limited liability company, with a principal place of business of 11824 Ransum Drive, Suite 200, Middletown, Kentucky 40243.

2.    Defendant, Anthem, is a Kentucky corporation, with a principal place of business of 13550 Triton Park Boulevard, Louisville, Kentucky 40223.

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000001 of 000011

3. Anthem can be served through its registered agent at 306 W. Main Street, Franfort, Kentucky 40601.

## JURISDICTION AND VENUE

4. As the actions contained in the Complaint occurred in Kentucky and as the amount in controversy exceeds the jurisdictional minimum, the Court has proper jurisdiction.

5. Venue for this action is proper in Jefferson County, Kentucky because (a) the agreements described herein were entered into and were performed in Jefferson County, Kentucky; (b) the tortious actions alleged herein occurred in Jefferson County, Kentucky and caused damages to BWP in Jefferson County, Kentucky; (c) BWP and Anthem operate and have business locations in Jefferson County, Kentucky, at which the actions alleged herein occurred.

## ALLEGATIONS COMMON TO ALL CLAIMS

6. BWP is a behavioral health multi-specialty group in Kentucky that provides outpatient services for patients suffering from eating disorders. According to the American Psychiatric Association, eating disorders are illnesses where individuals experience severe disturbances in their eating behaviors and related thoughts and emotions. Eating disorders have the highest mortality rate of any psychiatric disorder.[1] Eating disorders affect several million people at any given time, most often women between the ages of 12 and 35. Eating disorders occur at an incidence rate of 2900 per 100,000 children and adolescents, which is a much higher rate than other psychiatric illness for children and adolescents. Eating disorders are serious and often fatal illnesses and require extensive and on-going treatment. There are four main types of eating disorders that include anorexia nervosa, bulimia nervosa, binge eating disorder and other specified feeding disorders.

---

[1] https://www.psychiatry.org/patients-families/eating-disorders/what-are-eating-disorders

2

7. Access to treatment for eating disorders in Louisville is very limited. Currently, there are no dedicated inpatient or partial hospitalization programs for eating disorders in Louisville, Kentucky. BWP is only one of a very few clinics that offers specific outpatient treatment and programs for eating disorder patients in Louisville, Kentucky. With a staff that includes licensed clinical psychologists, a psychiatrist nurse practitioner, dieticians, certified clinical social workers, marriage and family therapists, licensed psychological associates, doctoral students, and an administrative staff, BWP provides treatment for eating disorders that includes behavioral therapy and counseling, nutrition counseling, empirically-based outpatient therapy, an intensive outpatient therapy program that offers services for patients that have often transitioned out of residential or partial hospitalization programs, treatment for co-occurring disorders, psychiatric treatment, as well as group therapy programs and telemedicine. Individualized treatment plans are developed by a multispecialty group of experienced providers and often include both individual therapy, medication, group therapy, nutritional counseling and other educational programs based upon a patient's individualized needs.

8. Kentucky patients are referred to the BWP by physicians, inpatient hospital programs, residential facilities and partial hospitalization programs located out-of-state as well as referrals from Kentucky providers.

9. BWP has been referred patients, who are Anthem beneficiaries. As part of the process for assuring that services are medically necessary and covered, Anthem performs preauthorization review and issues approvals to providers like BWP. Except for patients who agree to pay directly, BWP does not accept patients relying on insurance, such as Anthem's beneficiaries, unless the insurance provider preauthorizes the treatment.

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000003 of 000011

NOT ORIGINAL DOCUMENT
03/03/2020 09:39:30 AM
82852

10. BWP was provided preauthorization approvals from Anthem for its patients who are generally young women and adolescents and often covered under their parents' policies.

11. Based upon these Preauthorization Notices, BWP provided treatment and services for Anthem covered individuals with the understanding that it would be paid for those services by Anthem.

12. Each of its patients who are covered by Anthem authorized BWP to bill Anthem for services provided and assigned their right to Anthem benefits to BWP.

13. But for the Preauthorization of services and treatments by Anthem and the assignments of benefits, BWP would not have provided treatment and services to individuals covered by Anthem.

14. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient S.B., approving services for outpatient visits to Louisville Center for Eating Disorders, LLC from May 21, 2018 through August 2, 2018.

15. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient H.L., approving services for outpatient visits to for the following dates: February 5, 2018 through March 9, 2018; March 12, 2018 through June 1, 2018; June 4, 2018 through July 3,2018; and July 5, 2018 through July 18, 2018.

16. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient B.R., approving services for outpatient visits to Louisville Center for Eating Disorders, LLC from February 2, 2018 through March 23, 2018.

17. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient M.T., approving services for outpatient visits to Center for Eating Disorders from June 8, 2018 through July 20, 2018.

4

18. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient R.M., approving services for outpatient visits to Center for Eating Disorders from June 14, 2018 through July 19, 2018.

19. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient C.J., approving services for outpatient visits to Center for Eating Disorders for dates November 22, 2017 through December 31, 2017, and March 30, 2018 through May 31, 2018.

20. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient J.L., approving services for outpatient visits to Center for Eating Disorders for dates October 3, 2019 through October 31, 2018, and November 14, 2018 through December 8, 2018.

21. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient B.C., approving services for outpatient visits to Center for Eating Disorders from November 3, 2018 through November 20, 2018.

22. Pursuant to Preauthorization Notices, Anthem preauthorized services for patient R.M., approving services for outpatient visits to Center for Eating Disorders from May 21, 2018 through August 4, 2018.

23. Center for Eating Disorders provided services to patient A.M. and patient A.M. used out of network insurance to cover the services Center for Eating Disorders provided.

24. Each of the preauthorization documents provided to BWP and its Anthem-insured patients contained language stating, "Based on the information provided to us, we are pleased to authorize benefits for the service(s) referenced above," or language that was substantially similar.

25. The services provided to the patients identified above were within the services pre-authorized by Anthem.

5

NOT ORIGINAL DOCUMENT
03/03/2020 09:39:30 AM
82852

26. BWP followed Anthem's procedures and submitted payment requests to Anthem on behalf of its patients for the pre-authorized services provided by BWP.

27. Anthem failed to make any payment for the services BWP rendered to these patients.

28. BWP attempted to appeal Anthem's failure to pay or *defacto* denial of payments by pursuing Anthem's internal and external appeals processes that Anthem is required to implement pursuant to KRS 304.17A-617 and KRS 304.17A-623, respectively.

29. Anthem did not reply to any of Center for Eating Disorder's appeals and failed to comply with its responsibility to provide an appeal process and to correctly process and approve claims

30. On information and belief, the policies and coverage discussed herein do not meet the qualifications of a plan under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et seq*.

31. In the alternative, if any of the insurance policies provided to the patients referenced above do meet the qualifications for a plan under ERISA, then the decisions made by Anthem to deny and/or fail to approve BWP's claims were arbitrary and capricious, against the overwhelming evidence provided to Anthem, which entitle BWP to recovery of benefits under the applicable policy, interest, costs and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g).

32. Anthem's failure to pay for the services BWP rendered to Anthem's beneficiaries constitutes breach of contract, unjust enrichment, bad faith and negligence.

## COUNT I
## BREACH OF CONTRACT

33. BWP reaffirms and reiterates the allegations contained within foregoing paragraphs as if fully stated herein.

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000006 of 000011

34. BWP was an out of network provider with Anthem during the time in which the above-referenced services were rendered to patients who were insured by Anthem.

35. When Anthem sent BWP Preauthorization Notices to render services to its beneficiaries, the beneficiaries had a contractual right to payment for the services provided.

36. The Anthem beneficiaries assigned their right to payment to BWP, thus entitling BWP to request and enforce right to payment for services provided.

37. Anthem failed to pay the amount owed to BWP.

38. The failure to pay the amount owed to BWP constitutes a breach of contract with BWP, as assignee and, as a direct and proximate result of said breach, BWP suffered actual, incidental and consequential damages.

## COUNT II
## BREACH OF CONTRACT

39. BWP reaffirms and reiterates the allegations contained within foregoing paragraphs as if fully stated herein.

40. BWP was an out of network provider with Anthem during the time in which the above-referenced services were rendered to patients.

41. When Anthem sent BWP Preauthorization Notices to BWP, describing the services that Anthem would pay for, a contract was created between BWP and Anthem.

42. When BWP provided the services pursuant to the Preauthorization Notices, Anthem became obligated to pay BWP the reimbursable cost for the covered services.

43. Anthem failed to pay the amounts owed to BWP.

44. BWP demanded payment for the services it rendered, exercised the internal and external appeals processes provided and Anthem still refused to perform its obligation to pay BWP for the services it rendered to Anthem's beneficiaries.

7

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000007 of 000011

45.     The failure to pay the amount owed to BWP constitutes a breach of contract with BWP and, as a direct and proximate result of said breach, BWP suffered actual, incidental and consequential damages.

## COUNT III
## UNJUST ENRICHMENT

46.     BWP reaffirms and reiterates the allegations contained within foregoing paragraphs as if fully stated herein.

47.     Anthem is contractually required to pay for medically necessary services covered by its insurance contracts with its patients.

48.     By failing to pay BWP for medically necessary and covered services that it has preauthorized, Anthem has been unjustly enriched at BWP expense because Anthem failed to honor the Preauthorization Notices and induced BWP to provide covered services it was contractually obligated to provide to its beneficiaries.

49.     Anthem has enjoyed the receipt and use of this benefit.

50.     The retention of this benefit by Anthem at the expense of BWP is inequitable.

51.     As a direct and proximate result of Anthem's receipt and retention of this monetary benefit, Anthem has been unjustly enriched while BWP has suffered damages and is entitled to compensation for said damages.

## COUNT IV
## BREACH OF THE COVENANT OF GOOD FAITH

52.     BWP reaffirms and reiterates the allegations contained within foregoing paragraphs as if fully stated herein.

53.     Anthem's actions are a breach of the covenant of good faith and fair dealing that governs the performance of every contract negotiated in the Commonwealth of Kentucky.

54. By providing BWP with Preauthorization Notices to provide services to the beneficiaries entered into a contract with BWP that it would pay for the services that it authorized.

55. Anthem induced BWP to provide those services to Anthem's beneficiaries by its preauthorizations.

56. By refusing to honor the Preauthorization Notices and pay for the services that were provided to its beneficiaries, Anthem breached the contract and its covenant of good faith and fair dealing.

57. As a result of Anthem's breach, BWP has been damaged in an amount to be determined at trial and is entitled to relief.

## COUNT V
## NEGLIGENCE

58. BWP reaffirms and reiterates the allegations contained within foregoing paragraphs as if fully stated herein.

59. When Anthem provided BWP with Preauthorization Notices to provide services to Anthem's beneficiaries, it owed a BWP to pay for the services provided to those beneficiaries by its Preauthorization Notices.

60. When BWP provided the medically necessary and approved services pursuant to the Preauthorization Notices and thereafter submitted claims to Anthem for reimbursement, Anthem failed to pay BWP.

61. As a direct and proximate result of Anthem's actions and/or inactions, BWP has sustained an injury in excess of this Court's jurisdictional limit.

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000009 of 000011

NOT ORIGINAL DOCUMENT
03/03/2020 09:39:30 AM
82852

## COUNT VI
## DETRIMENTAL RELIANCE

62. BWP reaffirms and reiterates the allegations contained within foregoing paragraphs as if fully stated herein.

63. By providing BWP with Preauthorization Notices to provide services to its beneficiaries, Anthem represented to BWP that its services to Anthem beneficiaries would be reimbursed.

64. BWP relied on Anthem's representation by providing services to Anthem beneficiaries and submitting claims to Anthem for reimbursement for those services.

65. BWP is entitled to damages for its detrimental reliance on Anthem's representation.

WHEREFORE, Plaintiff, Be Well Providers, LLC, respectfully requests the following relief:

A. An Order of specific performance directing Defendant, Anthem Health Plans of Kentucky, Inc., d/b/a Blue Cross Blue Shield, to tender payment to BWP in exchange for the services BWP rendered to Anthem's beneficiaries;

B. For trial by jury and judgment in favor of BWP and against Anthem for breach of its Contract with BWP and awarding BWP damages, including, without limitation, interest thereon as prescribed by law, in an amount to be determined by the trier of fact;

C. For judgment in favor of BWP and against Anthem that Anthem has been unjustly enriched to BWP's detriment in an amount to be determined by the trier of fact;

D. Judgment for its costs incurred herein, including its reasonable attorneys' fee; and

E. Any and all other relief, both legal and equitable, to which BWP may appear entitled.

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000010 of 000011

NOT ORIGINAL DOCUMENT
03/03/2020 09:39:30 AM
82852

Respectfully submitted,

/s/ Trevor L. Earl
Hon. Trevor L. Earl (KBA # 86690)
MCBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
(502) 327-5400
tearl@mcbrayerfirm.com

Hon. Lisa English Hinkle
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
(859) 231-8780
lhinkle@mcbrayerfirm.com
ATTORNEYS FOR PLAINTIFF

11

NOT ORIGINAL DOCUMENT
04/02/2020 09:52:13 AM
89824-3

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI  Rev. 9-14  Commonwealth of Kentucky  Court of Justice  *Courts.ky.gov*  CR 4.02; Cr Official Form 1 |   **CIVIL SUMMONS** | Case #: **20-CI-001585**  Court: **CIRCUIT**  County: **JEFFERSON Circuit** |

*Plantiff,* **BE WELL PROVIDERS, LLC VS. ANTHEM BLUE CROSS BLUE SHIELD**, *Defendant*

TO:  **C T CORPORATION**
     **ATTN: REGISTERED AGENT**
     **306 W. MAIN STREET, SUITE 512**
     **FRANKFORT, KY 40601**

Memo: Related party is ANTHEM BLUE CROSS BLUE SHIELD

The Commonwealth of Kentucky to Defendant:
**ANTHEM BLUE CROSS BLUE SHIELD**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **2/28/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000941636
CIRCUIT: 20-CI-001585 Certified Mail
BE WELL PROVIDERS, LLC VS. ANTHEM BLUE CROSS BLUE SHIELD



Page 1 of 1

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CI : 000001 of 000001

eFiled

| | |
|---|---|
| NO. 20-CI-001585<br>*Electronically Filed* | JEFFERSON CIRCUIT COURT<br>DIVISION THREE (3)<br>JUDGE MITCH PERRY |

BE WELL PROVIDERS, LLC, f/k/a
EATING ANXIETY THERAPY CLINIC, LLC
d/b/a BEHAVIORAL WELLNESS CLINIC AND
LOUISVILLE CENTER FOR EATING DISORDERS             PLAINTIFF

v.

ANTHEM HEALTH PLANS OF KENTUCKY, INC
d/b/a ANTHEM BLUE CROSS BLUE SHIELD              DEFENDANT

## ENTRY OF APPEARANCE

Please take notice that Cory J. Skolnick and Miles R. Harrison of the law firm Frost Brown Todd LLC hereby enter their appearance as counsel for Defendant Anthem Health Plans of Kentucky, Inc. d/b/a anthem Blue Cross Blue Shield. Future pleadings should be served by the Clerk and counsel on Messrs. Skolnick and Harrison, at the address below.

Pursuant to CR 5.02(2), Cory J. Skolnick and Miles Harrison hereby provide notice of their election to effectuate and receive service via electronic mail.

Respectfully submitted,

/s/ Cory J. Skolnick
Cory J. Skolnick (# 92258)
Miles R. Harrison (# 95567)
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
(502) 589-5400
(502) 589-1087 (facsimile)
cskolnick@fbtlaw.com
mharrison@fbtlaw.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

It is hereby certified that on the 16th day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using the Kentucky Court of Justice eFiling System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or via First Class Mail to anyone unable to accept electronic filing.

Trevor L. Earl
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY  40202
tearl@mcbrayerfirm.com

Lisa English Hinkle
McBrayer PLLC
201 East main Street, Suite 900
Lexington, KY  40507
lhinkle@mcbrayerfirm.com

*Counsel for Plaintiff*

      /s/ Cory J. Skolnick
*Counsel for Defendant*

0131135.0730625   4823-3830-3671v1

NO. 20-CI-001585                                                        JEFFERSON CIRCUIT COURT
*Electronically Filed*                                           DIVISION THREE (3)
                                                                               JUDGE MITCH PERRY

BE WELL PROVIDERS, LLC, f/k/a
EATING ANXIETY THERAPY CLINIC, LLC
d/b/a BEHAVIORAL WELLNESS CLINIC AND
LOUISVILLE CENTER FOR EATING DISORDERS                      PLAINTIFF

v.

ANTHEM HEALTH PLANS OF KENTUCKY, INC
d/b/a ANTHEM BLUE CROSS BLUE SHIELD                                 DEFENDANT

## AGREED ORDER

By agreement of the parties, Plaintiff Be Well Providers, LLC, f/k/a Eating Anxiety Therapy Clinic, LLC, d/b/a Behavioral Wellness Clinic and Louisville Center for Eating Disorders ("Plaintiff") and Defendant Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Anthem is granted an extension of time up to and including April 27, 2020 within which to answer and/or otherwise respond to Plaintiff's Complaint.

**SO ORDERED** this _____ day of _____, 2020.

                                                                    _____
                                                                    JUDGE, JEFFERSON CIRCUIT COURT

                                                                    Date: _____

Have Seen and Agreed:

/s/ Miles R. Harrison
Cory J. Skolnick
Miles R. Harrison
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
(502) 589-5400
cskolnick@fbtlaw.com
mharrison@fbtlaw.com
*Counsel for Defendant*

/s/ Trevor L. Earl (with permission)
Trevor L. Earl
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
tearl@mcbrayerfirm.com

Lisa English Hinkle
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, KY 40507
lhinkle@mcbrayerfirm.com

*Counsel for Plaintiff*

0131135.0730625   4839-5081-7207v1

NO. 20-CI-001585
*Electronically Filed*

JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
JUDGE MITCH PERRY

BE WELL PROVIDERS, LLC, f/k/a
EATING ANXIETY THERAPY CLINIC, LLC
d/b/a BEHAVIORAL WELLNESS CLINIC AND
LOUISVILLE CENTER FOR EATING DISORDERS      PLAINTIFF

v.

ANTHEM HEALTH PLANS OF KENTUCKY, INC
d/b/a ANTHEM BLUE CROSS BLUE SHIELD      DEFENDANT

## AGREED ORDER

By agreement of the parties, Plaintiff Be Well Providers, LLC, f/k/a Eating Anxiety Therapy Clinic, LLC, d/b/a Behavioral Wellness Clinic and Louisville Center for Eating Disorders ("Plaintiff") and Defendant Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Anthem is granted an extension of time up to and including April 27, 2020 within which to answer and/or otherwise respond to Plaintiff's Complaint.

**SO ORDERED** this _____ day of _____, 2020.

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
MAR 2 6 2020
BY _____ DEPUTY CLERK

_____
JUDGE, JEFFERSON CIRCUIT COURT

Date: _____March 20, 2020_____